**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge David L. West**

**Criminal Case No.  14-CR-00462-DLW**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**vs.**

**1. DRAKE EYETOO,**

**Defendant.**

---

**ORDER RE: DEFENDANT'S UNOPPOSED MOTIONS TO (1) CONVERT THE 12/22/14 STATUS CONFERENCE INTO A HEARING ON THIS MOTION, (2) PERMIT COUNSEL TO APPEAR BY VIDEO TELEPHONE CONFERENCE AND (3) EXCLUDE 120 DAYS FROM THE SPEEDY TRIAL COMPUTATIONS [DOC. #16]**

---

**ORDER ENTERED BY MAGISTRATE JUDGE DAVID L. WEST**

The Court has reviewed Defendant's Unopposed Motions contained in [Doc. #16], and

**IT IS HEREBY ORDERED** that Defendant's Unopposed Motion Convert the 12/22/14 Status Conference into a hearing on this Motion and permit defense counsel to appear by video telephone conference is GRANTED.

**DATED: December 16, 2014.**

                                          **BY THE COURT:**

                                          **s/David L. West**
                                          **United States Magistrate Judge**