**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge David L. West**

**Criminal Case No.  14-CR-00462-DLW**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**vs.**

**1. DRAKE EYETOO,**

**Defendant.**

## ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE DAVID L. WEST**

The Magistrate Judge has received the Consent of Defendant to Receive his Change of Plea and make a recommendation as to its acceptance and set a Sentencing Hearing, therefore:

**IT IS HEREBY ORDERED** that this matter is set for Change of Plea before the Magistrate Judge in Durango, Colorado on April 27, 2015 at 2:30 p.m.

**DATED:   March 31, 2015.**

                **BY THE COURT:**

                **s/David L. West**
                **United States Magistrate Judge**