IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge David L. West

Criminal Case No. 14-CR-00462-MSK

UNITED STATES OF AMERICA,

Plaintiff,

vs.

1. DRAKE EYETOO,

Defendant.

---

## ORDER GRANTING FURLOUGH

---

**ORDER ENTERED BY MAGISTRATE JUDGE DAVID L. WEST**

**IT IS HEREBY ORDERED** that the Defendant shall be granted a furlough from custody at the La Plata County Jail to travel to Towaoc, Colorado to obtain a physical from Indian Health Services in Towaoc, Colorado for the purposes of obtaining admission into Peaceful Spirits in Ignacio, Colorado.

**IT IS FURTHER ORDERED** that the Defendant shall be released into the custody of U. S. Probation Officer, Erika Ball, at 8:00 a.m. on Friday, November 6, 2015 to be transported to Towaoc, Colorado for this purpose. Defendant shall be returned to custody no later than 3:00 p.m. on Friday, November 6, 2015.

DATED: November 4, 2015.

BY THE COURT:

_____
United States Magistrate Judge