**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CHIEF JUDGE MARCIA S. KRIEGER**

Courtroom Deputy:    Patricia Glover        Date:   December 7, 2015
Court Reporter:      Terri Lindblom
Probation Officer:   Erika Ball

Criminal Action No. 14-cr-00462-MSK

*Parties*:                              *Counsel*:

UNITED STATES OF AMERICA,                Todd Norvell

       Plaintiff,

v.

DRAKE EYETOO,                            Edward Harris

       Defendant.

---

**SENTENCING MINUTES**
_____

**9:00 a.m.       Court in session**.

Defendant present on bond.

**Change of Plea Hearing on April 27, 2015.  Defendant pled guilty to Count 1 of the
Indictment.  The Court adopts the recommendation of the Magistrate Judge and accepts
the defendant's plea of guilty in accordance with agreement of the parties.**

Parties received and reviewed the presentence report and all addenda.

The parties **do not** dispute the facts contained in the presentence report.

The parties **do not** dispute the calculation of the sentence under the Federal Sentencing
Guidelines as set forth in the original presentence report.

The parties **do not** request departure.

The parties **do not** contend  that the sentence should be different from that calculated under the
Sentencing Guidelines in light of the sentencing objectives set forth in 18 U.S.C. Section
3553(a).

Allocution. - Statements made by: The Government, defendant, defense counsel.

After consideration of the provisions of 18 U.S.C. 3553 (a), the Court announces the sentence it
intends to impose as reflected in the record.  Counsel are offered the opportunity for further
argument.  No further argument.

Sentencing Minutes
Chief Judge Marcia S. Krieger
Page 2


**ORDER:**      Defendant's motion for Non-Guideline Sentence (**Doc. #40**) is **DENIED as moot**.

**THE DEFENDANT IS SENTENCED AS REFLECTED IN THE RECORD.**

The defendant is advised of his right to appeal.

**9:26 a.m.       Court in recess.**

Total Time:    26 minutes.
Hearing concluded.